UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SERGIO DE HOYOS, ET AL.,

    Plaintiff(s)

    v.                          Civil No. 99-1024(PG)

BRISTOL LABORATORIES CORP.,
ET AL.,

    Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #8 - Motion for Extension of Time, etc., | Granted |
| Docket #9 - Motion for Extension of Time, etc., | Granted |

Date: October 19, 1999.

                                  JUAN M. PEREZ-GIMENEZ
                                  U.S. District Judge