IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SERGIO DE HOYOS, et al.,

    Plaintiff,

v.   CIVIL NO. 99-1024 (PG)

BRISTOL LABORATORIES CORP.,

    Defendants.

## PARTIAL JUDGMENT

An Opinion and Order was entered on the same date granting the motions to dismiss filed by Rafael Cruz, by Beatriz Sanabria and her husband Roberto Matias and by Aida Cruz.

THEREFORE, the complaint shall be **Dismissed Without Prejudice** as to the above named defendants.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, January 21, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge