UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SERGIO DE HOYOS, et al.,

    Plaintiff,

v.                    CIVIL NO. 99-1024(PG)

BRISTOL LABORATORIES CORP.,

    Defendants.

## PARTIAL JUDGMENT

On this same date the Court entered an Opinion and Order granting Bristol Myers Squibb Company, Squibb Manufacturing Inc. and ConvaTec's motion to dismiss the complaint for lack of personal jurisdiction.

THEREFORE, the complaint in hereby **Dismissed** as to the above named defendants.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, January 21, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge



AO 72A
(Rev. 8/82)