UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SERGIO DE HOYOS, et al.,
    Plaintiffs,

        v.                    Civil No. 99-1024(PG)

BRISTOL LABORATORIES CORP.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #19 - Motion To Compel Discovery. | Granted. The plaintiff shall properly answer defendant's interrogatories and submit his responses to defendant's request for production within twenty (20) days or face sanctions which may include dismissal of the complaint. |

Date: ~~January~~ February 22, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge