UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SERGIO DE HOYOS, et al

**Plaintiff(s)**

v.                                   CIVIL NUMBER:   99-1024 (JAG)

BRISTOL LABORATORIES CORP., et al

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/09/01<br>**Title:** Joint Motion for Settlement Conference Setting<br>**Docket(s):** 29<br>[ ] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | **GRANTED.** A Settlement Conference is hereby scheduled for **Thursday, March 15, 2001 at 3:00 p.m.** The parties shall come prepared to engage in **serious settlement discussions** and **have their principals available by phone or in person** at the Settlement Conference. |

Date:  March 13, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge