UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                          DATE:MARCH 15, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**           **CASE NO.Cv. 99-1024 (JAG)**

================================================================

SERGIO DE HOYOS                              Attorneys:ENRIQUE ALCARAZ
        VS                                   JOSE MUNOZ SILVA

BRISTOL LABORATORIES CORP.                   ANITA MONTANER
                                             RADAMES TORRUELLA

---

Case called for settlement conference. Parties theories heard.

Defendant will be filing a motion for summary judgment.

Parties engage in prolonged settlement negotiations with the help of the Court.

Case could not be settled. Parties are to continue with the discovery. If there is any need for a further settlement conference parties are to request it.

**Parties to be notified.**

_____
Lily Alicea-Courtroom Deputy

