UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SERGIO DE HOYOS, et al

**Plaintiff(s)**

v.    CIVIL NUMBER:   99-1024 (JAG)

BRISTOL LABORATORIES CORP., et al

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/16/01<br>**Title:** Motion to Stay Discovery Proceedings and to Request Term to File Dispositive Motion<br>**Docket(s):** 31<br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] **Other** | The Court grants the defendant Bristol Laboratories Corp.,'s request for a term of thirty (30) days, until April 16, 2001 to file a motion for summary judgment.<br><br>With regards to the defendant's request for stay of the discovery process, the Court denies the request. The Court will entertain a motion for stay of discovery proceedings after the defendant has filed the motion for summary judgment, not before. |

Date: April 4, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

