# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

SERGIO DE HOYOS, et al

**Plaintiff(s)**

v.  CIVIL NUMBER: 99-1024 (JAG)

BRISTOL LABORATORIES CORP., et al

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/29/01<br>**Title:** Motion for Leave to File Brief Reply and Tendering Reply<br>**Docket(s):** 34<br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] **Other** | Leave to file reply is **granted**. |

Date: April 19, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge