UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SERGIO DE HOYOS, et al

**Plaintiff(s)**

v.                                          CIVIL NUMBER:  99-1024 (JAG)

BRISTOL LABORATORIES CORP., et al

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 04/30/01<br>**Title:** Motion Requesting Extension of Time to File Opposition to Defendant's Motion for Summary Judgment and Plaintiffs' Dispositive Motions<br>**Docket(s):** 39<br>[ x ] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | **GRANTED.** |

Date: May 7, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


