UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SERGIO DE HOYOS, et al

**Plaintiff(s)**

v.                                    CIVIL NUMBER: 99-1024 (JAG)

BRISTOL LABORATORIES CORP., et al

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/11/01<br>**Title:** Motion for Leave to File Reply to Opposition to Defendant's Motion for Summary Judgment and for Extension of Time to File Opposition to Plaintiffs' Cross-Motion for Partial Summary Judment<br>**Docket(s):** 42<br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] **Other** | **GRANTED.** |

Date: June 20, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

s/cs:to ( 3 )
attys/pts
in ICMS    6-22-01