UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'02 JUN -3 AM 10: 47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

SERGIO DE HOYOS, et al

**Plaintiff(s)**

v.                                      CIVIL NO.   99-1024 (JAG)

BRISTOL LABORATORIES CORP., et al

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| Date Filed: 05/28/02<br>Title: Motion to Hold in Abeyance Trial Scheduling Order in Light of Pending Motion for Summary Judgment<br>Docket(s): 47<br>[ ] Plff(s)   [x] Dft(s)   [ ] Other | **DENIED.** The Trial Scheduling Order shall stand. |

Date: May 31, 2002

JAY A. GARCIA-GREGORY
U.S. ~~District~~ Judge

48