UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SERGIO DE HOYOS, et al

**Plaintiff(s)**

v.    CIVIL NO.  99-1024 (JAG)

BRISTOL LABORATORIES CORP., et al

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/28/02<br>**Title:** Proof of Service<br>**Docket(s):** 46<br><br>[ X ] Plff(s)   [ ] Dft(s)   [ ] Other | The Court has not issued an order staying discovery at any point in this litigation. |

Date: June 5, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge

