
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SERGIO DE HOYOS, et al

**Plaintiff(s)**

v.                                    CIVIL NO.   99-1024 (JAG)

BRISTOL LABORATORIES CORP., et al

**Defendant(s)**

*Filed And Entered July 12, 2002 9:05 AM*

| MOTION | ORDER |
|---|---|
| **Date Filed:** 07/03/02<br>**Title:** Motion Requesting that the Court Set Dates for Continuation of Discovery and for Attorneys' Meeting<br>**Docket(s):** 50<br><br>[ X ] Plff(s)   [ ] Dft(s)   [ ] Other | Defendant's deposition shall take place on or before July 19, 2002. |

Date:  July 11, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge


