UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SERGIO DE HOYOS, et al.

    **Plaintiff**

    v.                        CIVIL NO.  99-1024 (JAG)

BRISTOL LABORATORIES, et al.

    **Defendants**

---

### ORDER

The Court orders counsel to appear before it for a **Mediation and Settlement Conference** to be held on **August 9, 2002, at 10:00 a.m.** All principals **must** be available, in person or by telephone, throughout the conference, to assist in the mediation process. The Court will meet and confer with counsel to try and arrive at a mutually agreeable settlement of the case.

The parties should note that, as a result of the lengthy mediation conference held last year, the Court is already familiar with the parties's respective positions on the merits. This mediation conference is **exclusively** designed to explore the possibility of reaching a settlement before trial.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 31st day of July, 2002.

JAY A. GARCIA GREGORY
United States District Judge

