UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SERGIO DE HOYOS, et al.

    **Plaintiffs**

       v.                CIVIL NO. 99-1024 (JAG)

BRISTOL LABORATORIES CORP.,
et al.

    **Defendants**

---

### ORDER

The Settlement Conference (previously set for August 9, 2002) is hereby rescheduled to **August 8, 2002, at 5:00 p.m.**

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 6th day of August, 2002.

JAY A. GARCIA-GREGORY
U.S. District Judge


