UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SERGIO DE HOYOS, et al.

    **Plaintiffs**

    v.                CIVIL NO. 99-1024 (JAG)

BRISTOL LABORATORIES CORP.,
et al.

    **Defendants**

---

### ORDER

The Pre-Trial and Settlement Conference scheduled for August 15, 2002, and the Trial scheduled for September 3, 2002, are hereby set aside pending resolution of the defendants's motion for summary judgment.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 14th day of August, 2002.

                            JAY A. GARCIA-GREGORY
                            U.S. District Judge


