UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SERGIO DE HOYOS, <u>et al.</u>

**Plaintiffs**

v.                                    CIVIL NO. 99-1024 (JAG)

BRISTOL LABORATORIES CORP.,
<u>et al.</u>

**Defendants**

---

<u>JUDGMENT</u>

Pursuant to the Order entered on this date, the Court enters judgment **dismissing** the Complaint against defendant Bristol Laboratories.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 19th day of August 2002.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge


