UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SERGIO DE HOYOS, et al.

**Plaintiffs**

v.                                CIVIL NO. 99-1024 (JAG)

BRISTOL LABORATORIES CORP.,
et al.

**Defendants**

---

ORDER

Pending before the Court is plaintiffs' motion for reconsideration. (Docket No. 64.) The motion contains no new factual or legal information that might lead the Court to reach a different conclusion than the one it espoused in its Opinion and Order. (Docket No. 61.) See Rosario Rivera v. Puerto Rico Aqueduct and Sewer Auth., No. 02-1349, slip op. at 20-22 (1st Cir. June 9, 2003)(denial of Rule 59(e) motion not an abuse of discretion where new material/legal theories are not presented or are presented for the first time after judgment). Accordingly, the Court **denies** the motion.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 23rd day of June, 2003.

JAY A. GARCIA-GREGORY
U.S. District Judge

